**IT IS ORDERED as set forth below:**

**Date: June 29, 2022**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | CASE NO. 18-61490-JWC |
| | ) | |
| CARTER BROTHERS SECURITY, SERVICES, LLC. | ) | CHAPTER 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |

### ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SETTLEMENT

Robert Trauner, as Chapter 7 trustee of Carter Brothers Security Services, LLC ("Trustee"), filed *Trustee's Motion to Approve Settlement and Compromise* [Doc. 259] (the "Motion") for approval of the settlement of the Trustee's claims against Nightingale Realty, LLC; The Nightingale Group, LLC; Nightingale Properties, LLC; NG One Hartsfield Centre, LLC; and its currently unknown to Trustee former members John Does 1-10 ("Defendants") in Adversary Proceeding No. 20-06124 in this Court, as provided in the Settlement and Release Agreement (the "Settlement Agreement") attached to the motion, on May 23, 2022. That Motion

was noticed pursuant to General Order 24-2018, with objections due by June 13, 2022. In the above-styled case, it appears that the Motion was properly served with a Notice of Pleading, and no party filed an objection within 21 days of service of the Motion.

The Court has considered the Motion and all other matters of record, including lack of objection thereto. Based on the foregoing, the Court finds that good cause exists to grant the relief as requested in the Motion, including, but not limited to, authorization of the Trustee to enter into the Settlement Agreement attached thereto, which Settlement Agreement is incorporated herein and hereby approved.  It is now therefore hereby

ORDERED that the Motion is **GRANTED**.

[END OF DOCUMENT]

Prepared and presented by:
MACEY, WILENSKY & HENNINGS, LLP
*/s/ Clayton A. Smith*
Clayton A. Smith
Georgia Bar No. 196303
5500 Interstate North Parkway, Suite 435
Atlanta, GA 30328

Attorneys for Chapter 7 Trustee

Distribution List:

Todd Hennings
Macey, Wilensky & Hennings, LLP
5500 Interstate Parkway North, Suite 435
Sandy Springs, GA 30328

John J. Wiles, Sr.
Wiles & Wiles, LLP
800 Kennesaw Avenue NW
Suite 400
Marietta, GA 30060-7946

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

NG One Hartsfield Centre, LLC
c/o VCORP Agent Services, Inc.
453 Hardy Ives Lane
Lawrenceville, GA 30045

NG One Hartsfield Centre, LLC
Attn: Andrew Martin, CFO and manager
1430 Broadway, Suite 1605
New York, NY 10018

The Nightingale Group, LLC
Attn: Elie Schwartz, CEO
1430 Broadway, Suite 1605
New York, NY 10018

Nightingale Properties, LLC
Attn: Elie Schwartz, CEO
1430 Broadway, Suite 1605
New York, NY 10018